| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Miguel VALENCIA, et al.,<br><br>　　　　　　Defendants.<br>_____ | Case No. CR-S-08-0123 GEB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　　　(X) Ad Prosequendum　　　　　　　　() Ad Testificandum

Name of Detainee:　　　　Miguel VALENCIA, CDC No. G-01525
Detained at (custodian):　California Department of Corrections
　　　　　　　　　　　　California Correctional Center ("CCC")
　　　　　　　　　　　　P.O. Box 790
　　　　　　　　　　　　Susanville, California 96127

Detainee is:　　a.)　() charged in this district by:　(X) Indictment　() Information　() Complaint
　　　　　　　　　　　charging detainee with: conspiracy to distribute crack cocaine, etc.
　　　　or　　b.)　() a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　() return to the custody of detaining facility upon termination of proceedings
　　　　　　or　b.)　(X) be retained in federal custody until final disposition of federal charges, as a sentence
　　　　　　　　　　　is currently being served at the detaining facility

　　*Appearance is necessary forthwith in the Eastern District of California to face prosecution on federal drug trafficking charges in Case No. CR-S-08-0123 GEB.*

| | |
|---|---|
| Signature: | /s/ Jason Hitt |
| Printed Name & Phone No: | Jason Hitt  916-554-2751 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
　　　　(X) Ad Prosequendum　　　　　　　　() Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

_____
Detainee:　　　　Miguel VALENCIA, CDC No. G-01525

        _____  X\_ Male   \_\_ Female

Facility Address:    California Department of Corrections, California Correctional Center ("CCC")
                                    P.O. Box 790
                                    Susanville, California 96127

Facility Phone:      (530) 257-2181 Ext. 4620.
                                    Currently Incarcerated on state felony conviction.

_____

**RETURN OF SERVICE**

Executed on    _____    By: _____