John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-08-00123 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND |
|  | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| MIGUEL VALENCIA, | ) |  |
|  | ) | Date:  12/5/08 |
| Defendant. | ) | Time:  9:00 a.m. |
|  | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Miguel Valencia, John R. Manning, Esq., that the status conference presently set for December 5, 2008 be **continued to January 16, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference.  Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference January 16, 2009.

1

1  IT IS SO STIPULATED.

2  Dated: December 1, 2008            /s/ John R. Manning
                                      JOHN R. MANNING
3                                     Attorney for Defendant
                                      Miguel Valencia
4

5

6  Dated: December 1, 2008            McGREGOR W. SCOTT
                                      United States Attorney
7

8                                     by:  /s/ Jason Hitt
                                      JASON HITT
9                                     Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR.S-08-00123 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                        ) | [PROPOSED] ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| MIGUEL VALENCIA,           ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the December 5, 2008 status conference be continued to January 16, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to January 16, 2009.

IT IS SO ORDERED.

Dated:  December 2, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge