```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
MIGUEL VALENCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>         Plaintiff,  )<br>         )<br>     v.      )<br>         )<br>MIGUEL VALENCIA,  )<br>         )<br>         Defendant.  )<br>_____) | CR NO. S-08-00123 GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br>Date:  1/16/09<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E.<br>       Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Miguel Valencia, John R. Manning, Esq., that the status conference presently set for January 16, 2009 be **continued to March 6, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference March 6, 2009.

1

IT IS SO STIPULATED.

Dated: January 8, 2009            /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  Miguel Valencia


Dated: January 8, 2009            McGREGOR W. SCOTT
                                  United States Attorney

                                  by:  /s/ Jason Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-08-00123 GEB |
|            Plaintiff, | ) |
|     v. | ) ORDER CONTINUING |
|  | ) STATUS CONFERENCE |
| MIGUEL VALENCIA, | ) |
|            Defendant. | ) |
| _____ | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the January 16, 2009 status conference be continued to March 6, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to March 6, 2009.

IT IS SO ORDERED.

Dated:  January 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

3