JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-08-00123 GEB |
| Plaintiff, | |
| v. | JOINT REQUEST AND [PROPOSED] ORDER FOR A PRE-PLEA REPORT CALCULATING MR. VALENCIA'S CRIMINAL HISTORY |
| MIGUEL VALENCIA, | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

The Parties, Jason Hitt, Assistant United States Attorney, and counsel for defendant Miguel Valencia, John R. Manning, Esq., jointly request the Court order the United States Probation Department to draft a pre-plea report for the sole purpose of calculating defendant Miguel Valencia's criminal history. Respectfully submitted,

Dated: March 4, 2009    /s/ John Manning_____
                        JOHN R. MANNING
                        Attorney for Defendant
                        Miguel Valencia

Dated: March 4, 2009    Lawrence Brown
                        Acting United States Attorney

                   by:  /s/ Jason Hitt_____
                        Assistant U.S. Attorney

1

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-08-00123 GEB |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER FOR A PRE-PLEA |
| ) | REPORT CALCULATING MR. |
| v. ) | VALENCIA'S CRIMINAL HISTORY |
| ) | |
| MIGUEL VALENCIA, ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| Defendant. ) | |

UPON GOOD CAUSE SHOWN and the joint request of the Parties, it is ordered the United States Probation Department draft a pre-plea report for the sole purpose of calculating defendant Miguel Valencia's criminal History.

IT IS SO ORDERED.

Dated: 3/4/09

_____
Hon. Garland E. Burrell, Jr
United States District Court Judge