JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL VALENCIA,<br><br>Defendant. | CR NO. S-08-00123 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date: May 1, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Miguel Valencia, John R. Manning, Esq., that the status conference presently set for May 1, 2009 be continued to June 5, 2009 at 9:00 a.m., thus vacating the presently set status conference. Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (8) (B) (iv) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 5, 2009.

1

IT IS SO STIPULATED.

Dated: April 29, 2009                    /s/ John Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Miguel Valencia


Dated: April 29, 2009                    Lawrence Brown
                                         Acting United States Attorney

                                by:      /s/ Jason Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-08-00123 GEB |
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MIGUEL VALENCIA, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the May 1, 2009 status conference be continued to June 5, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (8) (B) (iv) and Local Code T4 from the date of this order to June 5, 2009.

IT IS SO ORDERED.

4/30/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

3