JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-00123 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | Date:  June 26, 2009 |
| MIGUEL VALENCIA, | ) | Time:  9:00 a.m. |
| | ) | Judge:  Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Miguel Valencia, John R. Manning, Esq., that the status conference presently set for June 26, 2009 be continued to July 17, 2009 at 9:00 a.m., thus vacating the presently set status conference.  Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (8) (B) (iv) (continuity of counsel/reasonable time for effective preparation, as well as Mr. Manning is currently in trial) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, July 17, 2009.

IT IS SO STIPULATED.

Dated: June 25, 2009                    /s/ John Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Miguel Valencia


Dated: June 25, 2009                    Lawrence Brown
                                        Acting United States Attorney

                             by:        /s/ Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR NO. S-08-00123 GEB |
|---|---|
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| MIGUEL VALENCIA, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the June 26, 2009 status conference be continued to July 17, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (8) (B) (iv) and Local Code T4 from the date of this order to July 17, 2009.

IT IS SO ORDERED.

Dated: 6/26/09

GARLAND E. BURRELL, JR.
United States District Judge

3