JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MIGUEL VALENCIA,<br><br>  Defendant. | CR NO. S-08-00123 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: January 29, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Miguel Valencia, John R. Manning, Esq., that the status conference presently set for January 29, 2010 be continued to March 5, 2010 at 9:00 a.m., thus vacating the presently set status conference. Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation, specifically, the requested continuance is

1

based upon the need for further plea negotiation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, March 5, 2010.

IT IS SO STIPULATED.

Dated: January 26, 2010          /s/ John Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Miguel Valencia


Dated: January 26, 2010          Lawrence G. Brown
                                 Acting United States Attorney

                         by:     /s/ Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-08-00123 GEB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| MIGUEL VALENCIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the January 29, 2010 status conference be continued to March 5, 2010 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to March 5, 2010.

IT IS SO ORDERED.

Dated: 1/29/10

GARLAND E. BURRELL, JR.
United States District Judge

3