JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. S-08-00123 GEB |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| v. | ) |
| | ) Date:  March 5, 2010 |
| MIGUEL VALENCIA, | ) Time:  9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell, Jr. |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Miguel Valencia, John R. Manning, Esq., that the status conference presently set for March 5, 2010 be continued to March 26, 2010 at 9:00 a.m., thus vacating the presently set status conference.  Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation, specifically, the requested continuance is

1

based upon the need for further plea negotiation) and Local Code T4, and agree to exclude time

from the date of the filing of the order until the date of the status conference, March 26, 2010.


IT IS SO STIPULATED.

Dated: March 4, 2010                         /s/ John Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Miguel Valencia



Dated: March 4, 2010                         Benjamin B. Wagner
                                             United States Attorney

                               by:           /s/ Jason Hitt
                                             JASON HITT
                                             Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-00123 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | |
| MIGUEL VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the March 5, 2010 status

conference be continued to March 26, 2010 at 9:00 a.m.  I find that the ends of justice warrant an

exclusion of time and that the defendant's need for continuity of counsel and reasonable time to

for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT

IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and

Local Code T4 from the date of this order to March 26, 2010.

IT IS SO ORDERED.

_____
GARLAND E. BURRELL, JR.
United States District Judge

Dated: 3/5/10