JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIGUEL VALENCIA,<br><br>　　　　Defendant. | CR NO. S-08-00123 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date: July 22, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　　IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Miguel Valencia, John R. Manning, Esq., that the status conference presently set for May 20, 2011 be continued to July 22, 2011 at 9:00 a.m., for a change of plea, thus vacating the presently set status conference.  Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation) and local Code T4. Specifically, the requested continuance is based upon the need for the defense to review and

1

discuss the proposed plea agreement with the defendant and to gather and review documents related to Defendant's criminal history.

The Parties agree to exclude time from the date of the filing of the order until the date of the change of plea, July 22, 2011.

IT IS SO STIPULATED.

Dated:  May 17, 2011                    /s/ John Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Miguel Valencia


Dated:  May 17, 2011                    Benjamin B. Wagner
                                        United States Attorney

                                 by:    /s/ Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL VALENCIA,<br><br>    Defendant. | ) CR NO. S-08-00123 GEB<br>)<br>)<br>) [PROPOSED] ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE APPEARING, it is hereby ordered that the May 20, 2011 status conference be continued to July 22, 2011 at 9:00 a.m. for a change of plea. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to July 22, 2011.

IT IS SO ORDERED.

**Date: 5/18/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

3