

HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MIGUEL ANGEL VALENCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL VALENCIA,<br><br>Defendant. | No. Cr. 08-123 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable GARLAND E. BURELL, JR. |

Defendant, MIGUEL ANGEL VALENCIA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On December 9, 2011, this Court sentenced Mr. Valencia to a term of 121 months imprisonment;

3. His total offense level was 29, his criminal history category was IV, and the resulting guideline range was 121 to 151 months;

4. The sentencing range applicable to Mr. Valencia was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Valencia's total offense level has been reduced from 29 to 27, and his amended guideline range is 100 to 125 months. However, he is subject to the statutory mandatory minimum term of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Valencia's term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated: July 9, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: July9, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ Hannah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
MIGUEL ANGEL VALENCIA

# ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Valencia is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 100 to 125 months. Mr. Valencia is subject to the statutory mandatory minimum of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2011 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Valencia shall report to the United States Probation Office within seventy-two hours after his release.

Dated: July 10, 2015

HONORABLE GARLAND E. BURRELL, JR.
United States District Judge