AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:08-cr-00123-GEB   Document 162   Filed 08/04/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America  
v.  
MIGUEL ANGEL VALENCIA

Date of Original Judgment: 12/22/11  
Date of Previous Amended Judgment:  
*(Use Date of Last Amended Judgment if Any)*

Case No: 2:08CR00123  
USM No: 18022-097  

Hannah R. Labaree, Assistant Federal Defender  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:  
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 121 months **is reduced to** 120 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/22/2011 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 8/4/2015

*Judge's signature*

Effective Date: 11/1/2015  
*(if different from order date)*

Garland E. Burrell, Jr., U.S. District Judge  
*Printed name and title*