8022-097          1444612

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

**FILED**

FEB 0 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

2018 AUG 30 AM 9: 26

| | |
|---|---|
| United States of America<br>v.<br><br>Miguel Angel Valencia<br><br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 2:08-cr-0123-GEB-2<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Miguel Angel Valencia                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ❏ Complaint

❏ Probation Violation Petition          ☑ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

18 USC 3606 - Violation of Supervised Release

Date:     08/30/2018                              _____
                                                                    *Issuing officer's signature*

City and state:     Sacramento, CA                    _____
                                                                    K. Zignago, Deputy Clerk
                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/30/18, and the person was arrested on *(date)* 1/31/19
at *(city and state)* SACRAMENTO, CA.

Date: 1/31/19                              _____
                                                                    *Arresting officer's signature*

                                                                    M. Benjamin Alencastre/DUSM
                                                                    *Printed name and title*