PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL VALENCIA,<br><br>Defendant. | CASE NO. 08-CR-00123-002-JAM<br><br>STIPULATION AND ORDER TO VACATE ADMIT/DENY HEARING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant's admit/deny hearing based on a Petition for Warrant of Summons for Offender Under Supervision, filed February 8, 2021 [ECF 195], is currently set for April 27, 2021 at 9:30 AM.

2. Since the admit/deny hearing was set, U.S. Probation has filed a Superseding Petition for Warrant or Summons for Offender Under Supervision, filed April 8, 2021 [ECF 198].

3. Defendant is out of custody and has not yet had an initial appearance and detention hearing before a Magistrate Judge regarding the Superseding Petition.

4. By this stipulation, the parties now move to vacate the admit/deny hearing before this Court.

STIPULATION AND ORDER         1

U.S. Probation has been consulted and has no objection.

IT IS SO STIPULATED.

Dated:  April 26, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          /s/ DENISE N. YASINOW
                                          DENISE N. YASINOW
                                          Assistant United States Attorney

Dated:  April 26, 2021                    /s/ DAVID GARLAND
                                          DAVID GARLAND
                                          Counsel for Defendant
                                          MIGUEL ANGEL VALENCIA

## ORDER

IT IS SO ORDERED this 26th day of April, 2021.

                                          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE