UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 21, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:08-cr-123-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| MIGUEL ANGEL VALENCIA, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MIGUEL ANGEL VALENCIA , Case No.  2:08-cr-123-JAM  Charge 18 USC § 3583 , from custody for the following reasons:

    **X**    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    **X**    (Other):  Released 5/22/2021 @ 10 AM to Fred Scoville to be transported to the Wellspace facility. Released under the previously imposed terms and conditions.

Issued at Sacramento, California on May 21, 2021 at  3:26 pm       .

By:  /s/ Carolyn Delaney

Magistrate Judge Carolyn K. Delaney