David M. Garland, SBN: 223679
LAW OFFICE OF DAVID GARLAND
455 Capitol Mall #802
Telephone: (916) 366-1069
Email: dgarland@rocketmail.com

Attorney for Defendant,
MIGUEL ANGEL VALENCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL VALENCIA,<br><br>　　　　Defendant. | Case No.: 2:08-CR-00123-JAM-2<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>DATE:　　　　JULY 20, 2021<br>TIME:　　　　9:30 A.M.<br>COURTROOM:　　6 |

　　　Defendant Miguel Angel Valencia and plaintiff Unites states of America hereby stipulate as follows:

1. Mr. Valencia currently has an admit/deny hearing scheduled on June 22, 2021.
2. Defense counsel requests to continue the hearing to provide additional time to complete investigation and prepare for the hearing.
3. The Government does not object to the continuance.
4. By this stipulation the parties agree to continue the hearing to July 20, 2021, at 9:30 a.m.

[1]

US Probation Officer Kendall Millhouse has been consulted and has no objection to this continuance.

IT IS SO STIPULATED.

                                            PHILLIP A. TALBERT
                                            Acting United States Attorney

DATED: June 16, 2021                */s/ Denise N. Yasinow*
                                            Denise N. Yasinow
                                            Assistant US Attorney

DATED:  June 16, 2021               */s/ David M. Garland*
                                            DAVID M. GARLAND
                                            Attorney for Defendant,
                                            MIGUEL ANGEL VALENCIA

**ORDER**

IT IS SO ORDERED this 17th day of June, 2021.

                                            /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE