PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00123-002-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO VACATE ADMIT/DENY HEARING** |
| v. | |
| MIGUEL ANGEL VALENCIA, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant's admit/deny hearing based on a Superseding Petition for Warrant of Summons for Offender Under Supervision, filed April 8, 2021, is currently set for July 20, 2021 at 9:30 AM.

2. Since the admit/deny hearing was set, U.S. Probation has filed a Second Superseding Petition for Warrant or Summons for Offender Under Supervision, filed July 15, 2021.

3. Defendant is out of custody and has not yet had an initial appearance and detention hearing before a Magistrate Judge regarding the Second Superseding Petition.

4. By this stipulation, the parties now move to **VACATE** the admit/deny hearing before this Court.

STIPULATION AND ORDER         1

| | |
|---|---|
| 1 | U.S. Probation has been consulted and has no objection. |
| 2 | IT IS SO STIPULATED. |
| 3 | / / / |
| 4 | / / / |
| 5 | / / / |

Dated: July 16, 2021                          PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              /s/ DENISE N. YASINOW
                                              DENISE N. YASINOW
                                              Assistant United States Attorney

Dated: July 16, 2021                          /s/ DAVID GARLAND
                                              DAVID GARLAND
                                              Counsel for Defendant
                                              MIGUEL ANGEL VALENCIA

**ORDER**

IT IS SO ORDERED.

Dated: July 16, 2021                          /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE